DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXIS NICOLE HILIGH,**
Appellant,

v.

**WILL WILLIAMS, III,**
Appellee.

No. 4D18-3346

[October 16, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. FMCE2017-008890.

Alexis Nicole Hiligh, El Paso, Texas, pro se.

Alan R. Burton of Alan Burton Law, Boca Raton, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150, 1152 (Fla. 1979).

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*